IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL BERRY,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2132

Opinion filed June 23, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Michael Berry, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.  See Logan v. State, 846 So. 2d 472 (Fla. 2004).

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.